AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

TEDDIE CRAIG,

      Plaintiff,         JUDGMENT IN A CIVIL CASE

V.

       CASE NUMBER: 3:11-CV-00851-RCJ-WGC

GIBB, et al.,

      Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITHOUT PREJUDICE.

January 11, 2012             **LANCE S. WILSON**
  Date                        Clerk

                            /s/   M. Campbell
                               Deputy Clerk