AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_***** \_\_\_\_\_ DISTRICT OF  NEVADA

TEDDIE CRAIG,

      Plaintiff,

V.

GIBB, et al.,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:11-CV-00851-RCJ-WGC

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITHOUT PREJUDICE.

January 11, 2012  
  Date

**LANCE S. WILSON**  
  Clerk

/s/  M. Campbell  
  Deputy Clerk