UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TEDDIE CRAIG,<br><br>    Plaintiff,<br><br>vs.<br><br>GIBB, *et al.*,<br><br>    Defendants. | 3:11-cv-00851-RCJ-WGC<br><br>**MINUTES OF THE COURT**<br><br>August 30, 2012 |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has submitted three motions: "Motion to Except the Record" (Doc. #5), "Motion for a One Time Counsel Section with a Lawyer" (Doc. #6), and "Motion for Papers on Why the Case Was Dismissed" (Doc. #7). However, on January 10, 2012, the Court entered an Order (Doc. #3) that plaintiff's complaint be dismissed without prejudice because plaintiff failed to either pay the filing fee or submit an application to proceed *in forma pauperis* on the required form.  On January 11, 2012, a Judgment of Dismissal without Prejudice was entered (Doc. #4). Therefore, this case is **CLOSED.**

Plaintiff's motions, Doc. #5 and #6, are **DENIED.**  However, as a courtesy to plaintiff, the Court directs the Clerk of the Court to send to plaintiff a copy of the Court's Order (Doc. #3), along with the approved forms for filing a civil rights lawsuit, an application to proceed *in forma pauperis* by a prisoner, and a document entitled "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis.*"  Plaintiff's motion (Doc. #7) is therefore **DENIED as moot.**

**IT IS FURTHER ORDERED** that the Plaintiff shall cease sending documents to this court under the above case number. The Clerk is ordered to return, without filing, any such future submissions by the Plaintiff under this case number.  If Plaintiff seeks action from the Court, he must commence a new lawsuit as specified in the Court's Order of January 10, 2012 (Doc. #3).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:    /s/
    Deputy Clerk